B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sunset Village Limited Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4112203** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**875 N. Michigan Ave., Suite 3800**<br>**Chicago, IL**<br>ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Sunset Village Limited Partnership**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Sunset Village Limited Partnership** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ EUGENE CRANE**
Signature of Attorney for Debtor(s)

**EUGENE CRANE  0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**October 13, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Richard J. Klarchek**
Signature of Authorized Individual

**Richard J. Klarchek**
Printed Name of Authorized Individual

**Designated Representative**
Title of Authorized Individual

**October 13, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Sunset Village Limited Partnership**                                    Case No.
                                                    Debtor(s)                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Apartments for Rent**<br>**18943 120th Ave. NE, Ste. 101**<br>**Bothell, WA 98011** | **Apartments for Rent**<br>**18943 120th Ave. NE, Ste. 101**<br>**Bothell, WA 98011** | | | **8,255.03** |
| **Brunzell Associates Ltd.**<br>**9933 Lawler Ave.**<br>**Skokie, IL 60077** | **Brunzell Associates Ltd.**<br>**9933 Lawler Ave.**<br>**Skokie, IL 60077** | | | **5,740.00** |
| **Chicago Sun-Times**<br>**6913 Payshere Circle**<br>**Chicago, IL 60674** | **Chicago Sun-Times**<br>**6913 Payshere Circle**<br>**Chicago, IL 60674** | | | **5,740.00** |
| **Chicago Sun-Times**<br>**8225 Solution Center**<br>**Chicago, IL 60677** | **Chicago Sun-Times**<br>**8225 Solution Center**<br>**Chicago, IL 60677** | | | **6,960.00** |
| **Climate Control Plus, Ltd.**<br>**3126 N. 76th Ct.**<br>**Elmwood Park, IL 60707** | **Climate Control Plus, Ltd.**<br>**3126 N. 76th Ct.**<br>**Elmwood Park, IL 60707** | | | **5,773.90** |
| **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **12,374.30** |
| **Corner Heating & Cooling Co., Inc.**<br>**3339 W. Columbus Ave.**<br>**Chicago, IL 60652** | **Corner Heating & Cooling Co., Inc.**<br>**3339 W. Columbus Ave.**<br>**Chicago, IL 60652** | | | **5,150.00** |
| **Eagle Heating & Cooling**<br>**14 Mandel Lane**<br>**Prospect Heights, IL 60070** | **Eagle Heating & Cooling**<br>**14 Mandel Lane**<br>**Prospect Heights, IL 60070** | | | **32,397.88** |
| **Ewing-Doherty Mechanical**<br>**304 N. York Road**<br>**Bensenville, IL 60106** | **Ewing-Doherty Mechanical**<br>**304 N. York Road**<br>**Bensenville, IL 60106** | | | **6,502.00** |
| **MB Financial Bank**<br>**Credit Card Services**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0409** | **MB Financial Bank**<br>**Credit Card Services**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0409** | | | **6,289.00** |
| **Metropolitan Pump Company**<br>**37 Forestwood Dr.**<br>**Romeoville, IL 60446-1343** | **Metropolitan Pump Company**<br>**37 Forestwood Dr.**<br>**Romeoville, IL 60446-1343** | | | **8,746.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Sunset Village Limited Partnership**    Case No. _____
           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Midwest Power Vac, Inc.<br>PO Box 728<br>Antioch, IL 60002 | Midwest Power Vac, Inc.<br>PO Box 728<br>Antioch, IL 60002 | | | 10,625.97 |
| Reliance Plumbing, Sewer & Drainage, Inc.<br>1848 Techny Ct.<br>Northbrook, IL 60062 | Reliance Plumbing, Sewer & Drainage, Inc.<br>1848 Techny Ct.<br>Northbrook, IL 60062 | | | 8,011.00 |
| Sectional Housing Specialists, Inc.<br>1401 Ashton Ct.<br>Goshen, IN 46526 | Sectional Housing Specialists, Inc.<br>1401 Ashton Ct.<br>Goshen, IN 46526 | | | 4,500.00 |
| Simo Brothers<br>PO Box 69<br>Highland Park, IL 60035 | Simo Brothers<br>PO Box 69<br>Highland Park, IL 60035 | | | 6,275.00 |
| Sunrise Tree Care<br>535 W. Aptakisic Rd.<br>Lincolnshire, IL 60069 | Sunrise Tree Care<br>535 W. Aptakisic Rd.<br>Lincolnshire, IL 60069 | | | 15,700.88 |
| The Commodore Corporation<br>1423 Lincolnway East<br>Goshen, IN 46526 | The Commodore Corporation<br>1423 Lincolnway East<br>Goshen, IN 46526 | | | 8,274.03 |
| Waste Management<br>1411 Opus Place, Ste. 400<br>Downers Grove, IL 60515 | Waste Management<br>1411 Opus Place, Ste. 400<br>Downers Grove, IL 60515 | | | 10,236.00 |
| White Way Sign<br>451 Kingston Court<br>Mount Prospect, IL 60056 | White Way Sign<br>451 Kingston Court<br>Mount Prospect, IL 60056 | | | 5,647.58 |
| Wolin, Kelter, & Rosen, Ltd.<br>55 W. Monroe St., Ste. 3600<br>Chicago, IL 60603 | Wolin, Kelter, & Rosen, Ltd.<br>55 W. Monroe St., Ste. 3600<br>Chicago, IL 60603 | | | 73,440.50 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Representative of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 13, 2010**          Signature  **/s/ Richard J. Klarchek**
                                               **Richard J. Klarchek**
                                               **Designated Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Sunset Village Limited Partnership**                         Case No.
                                            Debtor(s)                 Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **67**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 13, 2010**                    **/s/ Richard J. Klarchek**
                                                **Richard J. Klarchek/Designated Representative**
                                                Signer/Title

ABC Humane Wildlife Control
1418 E. Olive St.
Arlington Heights, IL 60004

Chicago Sun-Times
6913 Payshere Circle
Chicago, IL 60674

Ewing-Doherty Mechanical
304 N. York Road
Bensenville, IL 60106

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

Chicago Sun-Times
8225 Solution Center
Chicago, IL 60677

First Advantage Saferent
PO Box 402453
Atlanta, GA 30384-2453

Amerigas
1030 N. Skokie Hwy
Gurnee, IL 60031-2334

Chicago Tribune
14839 Collection Center Drive
Chicago, IL 60693-0148

Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124

Animal Control Specialists, Inc.
2975 N.Milwaukee Ave.
Northbrook, IL 60062

City Welding Sales & Service, Inc.
7212 N. Channel Rd.
Skokie, IL 60076

Free Shopper Ad Paper
7301 N. Lincoln Ave., Ste. 185
Lincolnwood, IL 60712-3124

Apartments for Rent
18943 120th Ave. NE, Ste. 101
Bothell, WA 98011

Climate Control Plus, Ltd.
3126 N. 76th Ct.
Elmwood Park, IL 60707

G&M Enterprise's LLC
56175 Riverdale Dr.
Elkhart, IN 46514

Aqua Pure Enterprises, Inc.
1404 Joliet Rd., Ste. A
Romeoville, IL 60446

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

G&M Enterprise's LLC
4664 Virginia Street
Gary, IN 46409

AT&T
PO Box 8100
Aurora, IL 60507-8100

Consumer Source, Inc.
PO Box 402039
Atlanta, GA 30384-2039

Groot Industries, Inc.
PO Box 92317
Elk Grove Village, IL 60009-2317

Atlas Heating Services Inc.
9138 N. Milwaukee
Morton Grove, IL 60053

Corner Heating & Cooling Co., Inc.
3339 W. Columbus Ave.
Chicago, IL 60652

Harmons Homes
PO Box 9277
Canton, OH 44711

Bravo Cleaning & Restoration
8924 Knox Ave.
Skokie, IL 60076

Custom Overhead Doors
1611 Techny Road
Northbrook, IL 60062

Hazchem Environmental Corp.
1115 W. National Ave.
Addison, IL 60101-1910

Brunzell Associates Ltd.
9933 Lawler Ave.
Skokie, IL 60077

Eagle Heating & Cooling
14 Mandel Lane
Prospect Heights, IL 60070

Hi-Tech Housing
1103 S. Maple St.
Bristol, IN 46507

Hoy
14848 Collections Center Drive
Chicago, IL 60693-0148

Michael Kautz Carpets and Flooring
730 E. Northwest Hwy.
Mount Prospect, IL 60056

Ritz & Associates
PO Box 455
Lockport, IL 60441

Jefferson-Pilot Investments, Inc. %
Matthew Heinke @Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL 60654

Midwest Power Vac, Inc.
PO Box 728
Antioch, IL 60002

Sam & Patti, LLC % Daniel R Pa
Law Offices of Timm & Garfinkel LL
770 Lake Cook Rd., Ste. 150
Deerfield, IL 60015

Klafter and Burke
225 W. Washington St.
Suite 1701
Chicago, IL 60606

Nicor Gas
PO Box 2020
Aurora, IL 60507-2020

Sectional Housing Specialists, Inc.
1401 Ashton Ct.
Goshen, IN 46526

LH Block Electric Company Inc. c/o
Dennis L. Phillips, Reg. Agent
838 Kent Circle
Bartlett, IL 60103

Nitech Fire & Security
    Industries, Inc.
109 Fairfield Way, Suite 305
Bloomingdale, IL 60108

Simo Brothers
PO Box 69
Highland Park, IL 60035

Manufacturer's News, Inc.
1633 Central Street
Evanston, IL 60201-1569

PDC Laboratories Inc.
PO Box 9071
Peoria, IL 61612-9071

Sprint
PO Box 8077
London, KY 40742

Matthew D. Heinke
Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL 60654

Peter A. Sarasek, Esq.
Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL 60654

Sunrise Tree Care
535 W. Aptakisic Rd.
Lincolnshire, IL 60069

MB Financial Bank
Credit Card Services
PO Box 790408
Saint Louis, MO 63179-0409

Pitney Bowes
2225 American Dr.
Neenah, WI 54956-1005

Supplies & Operation Center
Prepaid Department, MSC 14-00
Pitney Bowes Inc., PO Box 906
Shelton, CT 06484

Meade Electric Company, Inc.
9550 W. 55th St.
McCook, IL 60525

Pitney Bowes Inc.
MSC 14-00
27 Waterview Dr.
Shelton, CT 06484

TCF National Bank
c/o any Officer or Director
120 South Riverside Plaza
Chicago, IL 60606

Menoni and Mocogni, Inc.
2160 Skokie Valley Hwy
Highland Park, IL 60035

Purchase Power
PO Box 5135
Shelton, CT 06484-7135

TCF National Bank % M. Schlesin
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Ste. 1000
Chicago, IL 60602

Metropolitan Pump Company
37 Forestwood Dr.
Romeoville, IL 60446-1343

Reliance Plumbing, Sewer
    & Drainage, Inc.
1848 Techny Ct.
Northbrook, IL 60062

The Business Section
707 Colomba Court #106
Saint Charles, IL 60174

The Commodore Corporation
1423 Lincolnway East
Goshen, IN 46526


United Propane and Energy Co.
3805 Clearview Court
Gurnee, IL 60031


Valentine Plumbing
A Division of Elgin Water Co.
1640 N. Lafox St.
South Elgin, IL 60177


Village of Northfield
Department of Public Works
1800 Winnetka Rd.
Winnetka, IL 60093


Waste Management
1411 Opus Place, Ste. 400
Downers Grove, IL 60515


White Way Sign
451 Kingston Court
Mount Prospect, IL 60056


Wolin, Kelter, & Rosen, Ltd.
55 W. Monroe St., Ste. 3600
Chicago, IL 60603