# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | April 13, 2011 |
| **Bankruptcy Case** | No. 10 B 45772 | **Adversary No.** | |

Sunset Village Limited Partnership

**Brief Statement of Motion**

Order amending final pretrial order

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The final pretrial order dated March 23, 2011 (Dkt. No. 114) is amended as follows:

The date for disclosure of experts is now April 27, 2011. The final discovery cutoff is now May 9, 2011. The date in paragraphs 4 and 5 for submission and exchange of exhibit lists, witness lists, and exhibits is now May 9, 2011.

*[signature]*